UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

### ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| ANTHONY SANCHEZ,       )  | |
|     Appellant/Petitioner,    ) | |
|     ) | |
| V.        ) | Case No. 23-6123 |
|     ) | |
| CHRISTE QUICK,        ) | |
|     Appellee/Respondent.   ) | |

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

    In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for Christe Quick, Appellee/Respondent, in the above-captioned case(s).

    **s/ JENNIFER L. CRABB**
    **JENNIFER L. CRABB, OBA #20546**
    **ASSISTANT ATTORNEY GENERAL**
    313 NE 21st Street
    Oklahoma City, OK  73105
    (405) 521-3921 (405) 522-4534 (FAX)
    Service email:  fhc.docket@oag.ok.gov
                    jennifer.crabb@oag.ok.gov

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

September 1, 2023

s/ JENNIFER L. CRABB

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## **CERTIFICATE OF SERVICE**

**X**     I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was electronically filed with the Clerk of this Court on September 1, 2023, and a Notice of Electronic Filing was sent to the following CM/ECF registrant:

Eric J. Allen

s/ JENNIFER L. CRABB