UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

| | | |
|---|---|---|
| **ANTHONY SANCHEZ,** | ) | |
|      **Appellant/Petitioner,** | ) | |
| | ) | |
| **V.** | ) | **Case No. 23-6123** |
| | ) | |
| **CHRISTE QUICK,** | ) | |
|      **Appellee/Respondent.** | ) | |

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for Christe Quick, Appellee/Respondent, in the above-captioned case(s).

<u>s/ JOSHUA R. FANELLI</u>
**JOSHUA R. FANELLI, OBA #33503**
**ASSISTANT ATTORNEY GENERAL**
313 NE 21st Street
Oklahoma City, OK  73105
(405) 521-3921 (405) 522-4534 (FAX)
Service email:  fhc.docket@oag.ok.gov
               joshua.fanelli@oag.ok.gov

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

☐    The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒    There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

September 1, 2023

s/ JOSHUA R. FANELLI

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

**X**      I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was electronically filed with the Clerk of this Court on September 1, 2023, and a Notice of Electronic Filing was sent to the following CM/ECF registrant:

Eric J. Allen

s/ JOSHUA R. FANELLI