FILED
United States Court of Appeals
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

September 8, 2023

Christopher M. Wolpert
Clerk of Court

———————————————

ANTHONY CASTILLO SANCHEZ,

  Petitioner - Appellant,

v.

CHRISTE QUICK, Warden, Oklahoma State Penitentiary,

  Respondent - Appellee.

No. 23-6123
(D.C. No. 5:10-CV-01171-HE)
(W.D. Okla.)

———————————————

**ORDER**

———————————————

Before **MATHESON**, **MORITZ**, and **EID**, Circuit Judges.

———————————————

Appellant was sentenced to death and his execution is currently set for September 21, 2023. Several months ago, he asked his court-appointed CJA counsel to send him his case materials so that he could proceed pro se. CJA counsel then sought direction from the district court. On August 7, 2023, the district court permitted Appellant's CJA counsel to withdraw from the case but directed them to retain possession of the case materials. Appellant has appealed that order.

Since the district court's August 7 order, Appellant has retained counsel who has entered an appearance in both this court and the district court. In light of the change of circumstance and the timing of the scheduled execution, we remand this case to the district court for a limited purpose and for a limited time: to reconsider, by

September 13, its August 7 order to the extent it directed CJA counsel to retain Appellant's case materials.

In addition, Appellant's unopposed *Motion to Expedite Briefing and Ruling* is GRANTED. Appellant's opening brief shall be filed and served no later than September 14, 2023. Appellee's response brief shall be filed and served no later than September 16, 2023. No reply brief may be filed absent order of the court.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk